UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BULMARO M. ARIAS,<br><br>   Petitioner,<br><br>   vs.<br><br>JAMES D. HARTLEY,<br><br>   Respondent. | 1:10-cv-00044-GSA (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **February 12, 2010**                **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE